UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

            Plaintiff,

    v.                                  Case No. 93-cr-40050-JPG

DAVID REED,

            Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant David Reed's motion for reconsideration (Doc. 174) of the Court's order denying him leave to proceed *in forma pauperis* in his appeal of the March 31, 1994, judgment and conviction in this case.  The Court **DIRECTS** the Clerk of Court to **TRANSFER** this motion to the Court of Appeals.  After an initial denial of *in forma pauperis* status by the District Court, the proper step is to make the request to the Court of Appeals.  *See* Fed. R. App. P. 24(a)(5).

**IT IS SO ORDERED.**
**DATED:  February 19, 2010**

                          s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**